365 A.2d 853
COMMONWEALTH of Pennsylvania
v.
Marie SCOTT, Appellant.

Supreme Court of Pennsylvania.
Argued Oct. 12, 1976.
Decided Nov. 24, 1976.

Joseph N. Bongiovanni, Jr., Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., James J. Wilson, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

Judgment affirmed.

JONES, C. J., did not participate in the consideration or decision of this case.